# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, | CASE NO. 16cv678-LAB (AGS) |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW** |
| vs. | |
| K2 PROPERTY DEVELOPMENT, LLC, and DANIEL KLEIN, | |
| Defendants. | |

Courts have discretion to grant motions to withdraw. *Light Salt Investments, LP v. Fisher*, 2013 WL 12121255, at *1 (S.D. Cal. Nov. 15, 2013). David Socher has good reasons to withdraw: his client hasn't paid him for a year and fired him two months ago. *Leatt Corp. v. Innovative Safety Tech., LLC*, 2010 WL 444708, at *2 (S.D. Cal. Feb. 2, 2010). Socher's motion to withdraw is granted.

Daniel Klein can represent himself pro se, but a legal entity like K2 Property can't proceed in court without an attorney. *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 974 (9th Cir. 2004). K2 Property must obtain a new attorney by **December 28, 2017**. If K2 Property fails to obtain counsel, it will face default judgment. *Employee Painters' v. Ethan Enterprises*, 480 F.3d 993 (9th Cir. 2007).

**IT IS SO ORDERED**.

DATED: December 6, 2017

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -