Anton Ewing
3077 B Clairmont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

**FILED**
OCT 19 2018
CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, <br><br> Plaintiff, <br><br> vs. <br><br> K2 PROPERTY DEVELOPMENT, LLC, a, California Limited Liability Company, dba, CONSERVA SOLAR, et. al. <br><br> Defendants. | Civil Case No.3:16-CV-0678 LAB AGS <br><br> **NOTICE OF COMPLIANCE WITH COURT ORDER BY PLAINTIFF** |

Plaintiff Anton Ewing hereby gives notice to the Court that he has made full and complete payment in accordance with this honorable Court's order in the amount of $2214.00 has been completed. See ECF No. 161 at page 5, line 21. Plaintiff humbly thanks that Court for its time, effort and consideration in this matter.

Dated this 19th day of October, 2018
/S/ *Anton Ewing*
Anton Ewing
Plaintiff in pro per
anton@antonewing.com

NOTICE OF COMPLAIANCE WITH COURT ORDER - 1

16cv0678

Civil Case No.3:16-CV-00678

## PROOF OF SERVICE

I, Anton Ewing, being a United States Citizen and over the age of 18 and a party to this case, hereby declare that I have served the following documents:

**Notice of Compliance with Court order**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

On: October 19, 2018

In the following manner:

\_\_\_ - By placing a true and correct copy of the same in the US mail, first class postage prepaid, on October 19, 2018 to:

\_x\_ By scanning and emailing the same, through ECF, to kimberly@revolvelawgroup.com through the CM/ECF computer system on this date.

\_\_\_ - By placing a true and correct copy of the same in the USA service pick up box at the federal district court

I declare under penalty of perjury that the above is true and correct. My business address is 3077 Clairemont Drive #372, San Diego, CA 92117.

Dated: \_\_\_\_ October 19, 2018 _____        /s/ Anton Ewing
                                                  Anton Ewing