# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING | CASE NO. 16cv0678-LAB (AGS) |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| K2 PROPERTY DEVELOPMENT, LLC and DANIEL KLEIN, | |
| Defendants. | |

As part of its October 4, 2018 Order enforcing the parties' settlement agreement, this Court permitted the parties to file a joint dismissal by October 19, 2018 with the confidentiality and non-disparagement provisions they originally bargained for. Dkt. 160 at 7. The Court informed the parties that if they failed to voluntarily dismiss by that date, the Court would dismiss the action with prejudice. October 19, 2018 has come and gone, and the parties have not voluntarily dismissed. This case is therefore **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs. The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: October 25, 2018

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -